So Ordered.

Dated: May 13, 2024



_____
Rachel M. Blise
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: Daniel Peterman | Case No. 23-20115-rmb |
| Lynn Peterman | Chapter 13 Case |
| Debtors | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon the Affidavit of William C. Hicks and,

It appearing that the debtors have defaulted under the terms of the order dated December 15, 2023.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit 21st Mortgage to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####